**Barbara Ann WILEY, Respondent,**

v.

**James Everette WILEY, Appellant.**

**No. WD 48501.**

Missouri Court of Appeals,
Western District.

May 17, 1994.

Beverly J. Figg, Jefferson City, for appellant.

Barbara Wiley, Jefferson City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

*ORDER*

PER CURIAM:

Husband appeals the division of marital property in a dissolution decree, contesting the trial court's treatment of the wife's school teacher retirement benefits.

Judgment affirmed. Rule 84.16(b).

■

**Dana HAYES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48704.**

Missouri Court of Appeals,
Western District.

May 17, 1994.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and
BERREY and SPINDEN, JJ.

*ORDER*

PER CURIAM:

Dana Hayes appeals the dismissal of her Rule 24.035 motion for postconviction relief. The motion court ruled that the motion was filed after the statutory deadline. We affirm the motion court's judgment. Rule 84.16(b).